UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WOODS,<br>            Petitioner,<br>   v.<br>SCOTT R. JONES,<br>            Respondent. | Case No. 16-cv-00148-JSC<br><br>**ORDER GRANTING EXTENSION OF TIME**<br>Re: Dkt. No. 14 |

Good cause appearing, Petitioner's request for an extension of time in which to file a completed application to proceed in forma pauperis ("IFP") or pay the $5.00 filing fee is GRANTED to and including March 31, 2016.  (*See* Dkt. No. 14.)

**IT IS SO ORDERED.**

Dated: March 4, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WOODS,<br>          Plaintiff,<br>   v.<br>SCOTT R. JONES,<br>          Defendant. | Case No. 16-cv-00148-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Woods ID: X-4990914
Sacramento Cnty. Main Jail
651 "I" Street
Sacramento, CA 95814

Dated: March 4, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

2