United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH WOODS,

Plaintiff,

v.

SCOTT R. JONES,

Defendant.

Case No. 16-cv-00148-JSC

**ORDER OF DISMISSAL**

On April 28, 2016, the instant habeas petition was dismissed for failure to present a cognizable claim for relief. Petitioner was granted 28 days to file an amended petition. He has failed to do so. This case is accordingly DISMISSED. *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further court determination is necessary).

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 1, 2016

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH WOODS,<br>Plaintiff,<br>v.<br>SCOTT R. JONES,<br>Defendant. | Case No. 16-cv-00148-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Woods ID: H-67734
1 Bessell Way
Richmond, CA 94801

Dated: August 1, 2016

Susan Y. Soong
Clerk, United States District Court

By:______________________
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY